NUMBER 13-01-502-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


BILLY JOE VICARS, JR. AND SCHNEIDER 

NATIONAL CARRIERS, INC. , Appellants,


v.


GEORGANN FLORES , Appellee.

____________________________________________________________________


On appeal from the County Court at Law No. 2 

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellants, BILLY JOE VICARS, JR. AND SCHNEIDER NATIONAL CARRIERS, INC. , perfected an appeal from a
judgment entered by the County Court at Law No. 2 of Nueces County, Texas, in cause number 01-60386-2 . After the
record and appellants' brief was filed, the parties filed a joint motion to dismiss the appeal. In the motion, the parties state
that this case has been resolved and the parties no longer wish to prosecute this appeal. The parties request that this Court
dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 6th day of December, 2001 .